No. 64138.—The American Import Co. *v.* United States, protest 59/17835 (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the the merchandise consists of glass ornamental novelties similar in all material respects to those the subject of Abstract 62984, the claim of the plaintiff was sustained.